# EXHIBIT 2

amazon | Delivering to Fitchburg 53711 Update location | All ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, Nate Account & Lists ▾ | Returns & Orders | 🛒 0 Cart

☰ All | alexa for shopping | Join Prime | Early Prime Day | Computers | Buy Again | Prime Video | Nate's Amazon.com | Best Sellers | Registry | Same-Day Delivery | VS | 01:08:52

# oxymax

Visit the oxymax storefront

Just launched | No feedback yet

**Refill Magnetic Nasal Strip Tabs f...**
$19⁹⁴ ($ 0.66 / count)

[ Add to cart ]

🏅 Protected by A-to-z Guarantee ⓘ

## About Seller

oxymax is committed to providing each customer with the highest standard of customer service.

**Have a question for oxymax?**

[ Ask a question ]

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Jonathan Mark Nelson
**Business Address:**
  12724 S Hallet St
  OLATHE
  KS
  66062
  US

**Shipping Policies** ⌄

**Other Policies** ⌄

**Help** ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

## Customers who viewed items in your browsing history also viewed

Page 1 of 6



‹



Intake Breathing Magnetic Nasal Strip Refill Tabs (30 Count) | Adhesive Tabs for Intak…
★★★★☆ 2,241
**#1 Best Seller**
$39⁹⁹ ($1.33/count)
Get it as soon as **Tuesday, Jun 16**
FREE Shipping by Amazon



Intake Breathing — Magnetic Nasal Strips Starter Kit | Reusable Band + Tabs | Nasal Strips for Sleep, Snoring,…
★★★★☆ 5,154
$47⁹⁹ ($3.20/count)
Get it as soon as **Tuesday, Jun 16**
FREE Shipping by Amazon

intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Nasal Strips, Holds Up to 5 Tab Sets and 1 Band,…
★★★★☆ 396
$19⁹⁹
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon



Nasal Strips for Snoring Nose Strips for Breathing Enhanced Respiratory Efficiency Extra Strength Snoring Solution Nasal…
★★☆☆☆ 21
$26⁰⁰
Get it Jun 22 - Jul 6
$4.99 shipping
Only 18 left in stock - order…



Lelsflt Toddler Slippers Boys Girls House Shoes Soft Warm Kids House Slippers Slip on Cozy Bedroom Sock Shoes Non-slip Indoor Outdo…
★★★★☆ 333
$14³⁹

VIFUUR Kids Boys Girls House Slippers Slip on Barefoot Socks for Babys Winter Warm Shoes Indoor Tollder
★★★★☆ 36
$9⁹⁹–$12⁹⁹
🌱 3 sustainability features ⌄



Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…
★★★☆☆ 14,751
$16⁰⁰ ($16.00/count)
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon
🌱 1 sustainability feature ⌄

2026 Breathing Nasal Strip Starter Kit (30 Count, Black), Boost Oxygen Uptake, Reduce Snoring, Improve Sleep…
★★★☆☆ 45
$16⁹⁹ ($16.99/count)
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon

›

## Related to items you viewed

Page 1 of 5

‹



Intake Breathing Magnetic Nasal Strip Refill Tabs (60 Count) | Adhesive Tabs for Intak…



ANLUKE Slipper for Women Men Slipper Socks Fuzzy House Shoes Rubber Sole Slip On Soft-



UUBARIS House Slippers for Men Women Furry Slip On Sock Shoes For Traval Indoor Yoga With



VIFUUR House Slippers for Women Men Slip on Indoor Barefoot Slipper Socks Fuzzy Cozy Sock



QFH Womens & Mens Cozy House Slippers - Portable Travel Shoes with Flexible Rubber Sole



ANLUKE Slipper for Women Men Slipper Socks Fuzzy House Shoes Rubber Sole Slip On Soft-



Intake Breathing — Magnetic Nasal Strips Starter Kit | Reusable Band + Tabs | Nasal Strips



Hayeabl Ultra-Comfort Lightweight House Slippers Unisex Adult Indoor/Outdoor Around



›

★★★★☆ 2,241
**#1 Best Seller**
$59⁹⁹ ($1.00/count)
Get it as soon as **Tuesday, Jun 16**
FREE Shipping by Amazon

Lightweight Non Slip Indoor/Outdoor
★★★★☆ 5,469
$12⁹⁹
♻ 3 sustainability features ⌄

Thickened Sole
★★★★☆ 371
$9⁹⁹

Shoes for Home Bedro...
★★★★☆ 1,090
**-46%** $12⁹⁹
List: $23.99
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon
♻ 3 sustainability features ⌄

& Soft Velvet Lining
★★★★☆ 1,114
$9⁹⁹

Lightweight Non Slip...
★★★★☆ 5,469
$9⁹⁹
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon
♻ 3 sustainability features ⌄

for Sleep, Snoring,...
★★★★☆ 2,110
$59⁹⁹ ($2.00/count)
Get it as soon as **Tuesday, Jun 16**
FREE Shipping by Amazon

The House Home Shoes for Women Men
★★★★☆ 5,087
$19⁹⁹

## Your Browsing History  View or edit your browsing history

        

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

🌐 English ⇕          🇺🇸 United States

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | | **Neighbors App** Real-Time Crime & Safety Alerts | **PillPack** Pharmacy Simplified | **Amazon Renewed** Refurbished tech you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ✅
© 1996–2026, Amazon.com, Inc. or its affiliates

**Microsoft® Windows® Operating System**
2126.5100.0.0
Microsoft Windows 11 Enterprise 25H2 (64-bit Build 26200)
6/11/2026 4:21:26 PM
https://www.amazon.com/sp?ie=UTF8&seller=ASDTAL8B7TX04&asin=B0GTCKKFN4&ref_=dp_merchant_link

Amazon

Delivering to Fitchburg 53711 **Update location**

Health, Household & Baby Care ⌄

Search Amazon

🔍

EN ⌄

Hello, Nate Account & Lists ⌄

Returns & Orders

🛒 2 Cart

Subtotal $0.00

Go to Cart

≡ All · alexa for shopping · Join Prime · Early Prime Day · Computers · Buy Again · Prime Video · Nate's Amazon.com · Best Sellers · Registry · Same-Day Delivery · Customer Service · Gift Cards ⌄

Health & Personal Care · Household Supplies · Vitamins & Diet Supplements · Baby & Child Care · Health Care · Sports Nutrition · Sexual Wellness · Health & Wellness · Medical Supplies & Equipment · FSA Eligible Items · Sales & Special Offers

**Barq's** Root Beer, 12 Fl Oz Cans, 12 Pack
4.8 ★★★★½ 1,795
-5% $5.67 Typical price: $5.97 ✓prime

Sponsored ⓘ

Health & Household › Health Care › Sleep & Snoring › Snore Reducing Aids



Click to see full view

🔵 Ask Alexa

[Are these compatible with all nasal strips?] [How long does each tab stay on?]

[Is this suitable for sensitive skin?] [Why you might like this] [Compare with similar]

[Ask something else]

## Refill Magnetic Nasal Strip Tabs for Breathing - (30 Uses) - Enhance Breathing, Sleep Aid & Reduce Snoring - 60 Patches

Brand: Generic

Search this page

**$19⁹⁴** ($0.66 / count)

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

- **SKIN-FRIENDLY** - Our tabs are manufactured to have a reliant adhesive while being skin friendly and prevent irritation.
- **STAYS SECURE** - Whether enduring a sweaty workout or getting your restful sleep, our patches are engineered to support continuous use and dependable comfort.
- **PREMIUM MATERIALS** - Our tabs are made with medical-grade, latex-free materials. Our three-layer structure provides dependable comfort for any occasion.
- **30-DAY SUPPLY** - Enjoy a month's supply of our premium tab refills. Each pack contains 30 pairs (60 individual stickers). Better breathing starts here.
- **SIMPLE APPLICATION** - Clean skin then wait to dry. Press one tab on each side of your nose then apply your favorite nasal strip.

⚑ Report an issue with this product or seller

**Barq's** Root Beer, 12 Fl Oz Cans, 12 Pack
$5⁶⁷ $5.97 ✓prime

Sponsored ⓘ

**$19⁹⁴** ($0.66 / count)

Price history

$4.99 delivery **June 16 - 18**. Details

Or fastest delivery **June 15 - 16**. Details

📍 Delivering to Fitchburg 53711 - Update location

**In Stock**

Quantity: 1 ⌄

**Add to cart**

**Buy Now**

| Shipper / Seller | oxymax |
|---|---|
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

Add to Auto Buy

Add to List

Barq's Root Beer, 12 Fl Oz Cans, 1...
★★★★★ 1,795
$5⁶⁷ $5.97 ✓prime

Sponsored ⓘ

## Customers who bought this also listened to these Amazon Music podcasts

‹

**8 Hour Binaural Beats**

**8 Hour Sleep Music**

**Guided Sleep Meditation & Sleep Hypnosis from Sleep Cove**

**Meditation Sounds**

**Just Sleep - Bedtime Stories for Adults**

**Sounds for Deep Sleep: White Noise, Ambience, Nature Sounds**

›

## 4 stars and above Sponsored ⓘ

Page 1 of 34

‹

**Intake Breathing — Magnetic Nasal Strips Starter Kit | Reusable Band + Tabs | Nasal...**
★★★★☆ 2,110
-13% $69⁹⁹
($2.33 / count)
List: $79.99
FREE delivery **Tue, Jun 16**

**Intake Breathing Magnetic Nasal Strip Refill Tabs (60 Count) | Adhesive Tabs for In...**
★★★★☆ 2,241
**#1 Best Seller**
$59⁹⁹ ($1.00 / count)
FREE delivery **Tue, Jun 16**

**Upgraded Version - Invisible and Transparent Nasal Strips (66mm*19mm) (100)**
★★★★☆ 1,006
$9⁹⁹ ($9.99 / count)
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon

**Nasal Dilators for Breathing Sleeping - Reusable Internal Nostril Nose Opener, Anti...**
★★★★☆ 75
-19% $12⁹⁹
($6.50 / count)
List: $15.99
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon

**Intake Breathing Extra Intake Bands (Pack of 2), Small-Medium (M1), Matte Black. (T...**
★★★★☆ 605
$19⁹⁹ ($10.00 / count)
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon

**Breathe Right Nasal Strips, Extra Strength Clear Nose Strips, Drug Free Nasal Conge...**
★★★★½ 18,421
**#1 Best Seller**
-20% $16⁸⁹
($0.38 / count)
List: $20.99
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon

**RZJZGZ Large Breathe Improve Nasal Strips to Reduce Snoring Works Instantly to Impr...**
★★★★☆ 937
$6⁹⁹ ($6.99 / count)
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon

›

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Product Description

Breathe more comfortably with our magnetic nasal strip tab refill — a simple, skin-friendly accessory designed for anyone who uses nasal strips for sleep, snoring relief, workouts or everyday airflow. Our skin-friendly, medical-grade tabs create a comfortable anchor point on each side of the nose, helping your nasal strip stay in place during daily activities and rest. Made with latex-free materials in a three-layer structure, these tabs are built with your skin's comfort as the priority. Application is effortless: clean skin, press a tab on each side, and apply your strip. With 60 individual patches per pack, you have a full 30-day supply ready to go. Better breathing starts here.

## Product details

**Date First Available : March 21, 2026**

**Manufacturer : Generic**

**ASIN : B0GTCKKFN4**

**Best Sellers Rank:** #65,096 in Health & Household (See Top 100 in Health & Household)
#119 in Snore Reducing Aids

### Related products with free delivery on eligible orders Sponsored | Try Prime for unlimited fast, free shipping









Intake Breathing — Magnetic Nasal Strips Starter Kit | Reusable Band + Tabs | Nasal... ★★★★ 5,154 -17% $49⁹⁹ ($3.33 / count) List: $59.99 FREE delivery Tue, Jun 16

Anti Snoring Device, Sleep Snoring Solution for Men and Women, Reusable Snore Solut... ★★★★★ 3 $29⁹⁹ ($29.99 / count) FREE delivery Tue, Jun 16 on $35 of items shipped by Amazon

Anti-Snore Chin Strap for Sleeping,Adjustable Anti Snore Jaw Strap with Ventilation... ★★★★★ 2 $9⁹⁹ ($9.99 / count) FREE delivery Tue, Jun 16 on $35 of items shipped by Amazon

PATCH4U Premium Tape (30 Pack) - Pain Free Removal, Hypoallergenic, Latex... ★★★★☆ 1,354 $19⁹⁸ ($0.67 / count) FREE delivery Tue, Jun 16 on $35 of items shipped by Amazon

Intake Breathing Magnetic Nasal Strip Refill Tabs (30 Count) | Adhesive Tabs for In... ★★★★☆ 2,241 **#1 Best Seller** $39⁹⁹ ($1.33 / count) FREE delivery Tue, Jun 16

Intake Breathing Extra Intake Bands (Pack of 2), Small-Medium (M1), Matte Black. (T... ★★★★☆ 605 $19⁹⁹ ($10.00 / count) FREE delivery Tue, Jun 16 on $35 of items shipped by Amazon

Reusable Amagnetic Nose Strips for Breathing & Snoring, Premium External Nasal Dila... ★★★★★ 16 $26⁹⁹ ($26.99 / count) FREE delivery Tue, Jun 16 on $35 of items shipped by Amazon **You pay $24.29** with coupon



## Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for...
You are the air that I breathe

$14⁴⁰ ✓prime

Save 10% with Subscribe & Save

Sponsored

## Similar brands on Amazon

Sponsored



Performance Nose Strips for Breathing (60 Count) - Oil & Sweat Proof Adhesiv... 4.0 ★★★★☆ 896 $22.95



Nox Sleep Nasal Strips for Snoring - Premium Silk Nose Strips for Breathin... 4.7 ★★★★★ 17 $22.99



Bleep Eclipse Magnetic Frame & 96 Halos - Maskless C PAP Nose Mask for... 4.3 ★★★★☆ 195 $124.49

## Looking for specific info?

Ask Alexa or search reviews and Q&A

Are these compatible with all nasal strips? | How long does each tab stay on? | Is this suitable for sensitive skin?

Can I reuse the tabs or are they disposable? | Does this help with snoring effectively?

## Customer reviews

5 star    0%
4 star    0%
3 star    0%
2 star    0%
1 star    0%

How customer reviews and ratings work ⌄

There are 0 customer reviews.

## Review this product

Share your thoughts with other customers

Write a customer review



Performance Nose Strips for...
$20.65 $22.95 prime
Save 10% with Subscribe & Save

Sponsored ⓘ



Back to the Roots 100% Organic Succulent & ...
4.5 ★★★★☆ 4,256

-9% $9.99
List Price: $10.99
prime

Sponsored ⓘ

↑ Top

Get it as soon ... 16
FREE Shipping by Amazon

Back to top

## Pick up where you left off See more









Tanamo House Slippers for Women Men Indoor Barefoot Slippers Socks Slip on House Shoes Cozy Comfy Slippers for Ho...
★★★★☆ 1,948
-52% $9.99
List: $20.99
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon

ATHMILE House Slippers for Women Men Indoor Barefoot Slippers Socks Furry Slip on House Shoes Cozy Comfy for...
★★★★☆ 5,074
-29% $16.99
List Price: $23.99
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon
🍃 3 sustainability features ⌄

Scurtain Unisex Adults Rubber Sole Slippers
★★★★★ 10,830
$14.98
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon

ANLUKE Slipper for Women Men Slipper Socks Fuzzy House Shoes Rubber Sole Slip On So...
★★★★☆ 5,469
**Amazon's Choice**
$9.99
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon
🍃 3 sustainability features ⌄

BARERUN Womens Mens Slippers Diabetic House Slippers for Women Men Wide Indoor Slip on Barefoot Adjustable...
★★★★☆ 452
-33% $15.99
List: $23.99
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon

Ibeauti Women Mens House Slippers Lightweight Comfy Barefoot Slipper Socks Rubber Sole House Sho...
★★★★☆ 2,977
$22.99
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon

## Your Browsing History View or edit your browsing history

        

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



**Amazon Music**
Stream millions
of songs

**Amazon Business**
Everything For
Your Business

**Goodreads**
Book reviews
&
recommendations

**Amazon Resale**
Great Deals on
Quality Used
Products

**Amazon Ads**
Reach customers
wherever they
spend their time

**Amazon Fresh**
Groceries & More
Right To Your Door

**IMDb**
Movies, TV
& Celebrities

**Whole Foods Market**
America's
Healthiest
Grocery Store

**Neighbors App**
Real-Time Crime
& Safety Alerts

**6pm**
Score deals
on fashion brands

**AmazonGlobal**
Ship Orders
Internationally

**IMDbPro**
Get Info
Entertainment
Professionals Need

**Woot!**
Deals and
Shenanigans

**PillPack**
Pharmacy
Simplified

**AbeBooks**
Books, art
& collectibles

**Home Services**
Experienced Pros
Happiness
Guarantee

**Kindle Direct Publishing**
Indie Digital &
Print Publishing
Made Easy

**Zappos**
Shoes &
Clothing

**ACX**
Audiobook
Publishing
Made Easy

**Amazon Web Services**
Scalable Cloud
Computing
Services

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Ring**
Smart Home
Security Systems

**Amazon Renewed**
Refurbished tech
you can trust

**Sell on Amazon**
Start a Selling
Account

**Audible**
Listen to Books &
Original
Audio
Performances

**Prime Video Direct**
Video Distribution
Made Easy

**eero WiFi**
Stream 4K Video
in Every Room

**Veeqo**
Shipping Software
Inventory
Management

**Box Office Mojo**
Find Movie
Box Office Data

**Shopbop**
Designer
Fashion Brands

**Blink**
Smart Security
for Every Home

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

**Microsoft® Windows® Operating System**
2126.5100.0.0
Microsoft Windows 11 Enterprise 25H2 (64-bit Build 26200)
6/11/2026 4:23:36 PM
https://www.amazon.com/Refill-Magnetic-Nasal-Strip-Breathing/dp/B0GTCKKFN4?ref_=v_sp_product_dpx



# How To Use

## 1 CLEAN
Clean your nose thoroughly before use

## 2 APPLY
Press each tab onto your skin to ensure complete contact

Click to see full view

Click to see full view

🔵 **Ask Alexa**

- Are these compatible with all nasal strips?
- How long does each tab stay on?
- Is this suitable for sensitive skin?
- Why you might like this
- Compare with similar

**Ask something else**

---

## Refill Magnetic Nasal Strip Tabs for Breathing - (30 Uses) - Enhance Breathing, Sleep Aid & Reduce Snoring - 60 Patches

Brand: Generic

Search this page

$19^{94} ($0.66 / count)

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

- SKIN-FRIENDLY - Our tabs are manufactured to have a reliant adhesive while being skin friendly and prevent irritation.
- STAYS SECURE - Whether enduring a sweaty workout or getting your restful sleep, our patches are engineered to support continuous use and dependable comfort.
- PREMIUM MATERIALS - Our tabs are made with medical-grade, latex-free materials. Our three-layer structure provides dependable comfort for any occasion.
- 30-DAY SUPPLY - Enjoy a month's supply of our premium tab refills. Each pack contains 30 pairs (60 individual stickers). Better breathing starts here.
- SIMPLE APPLICATION - Clean skin then wait to dry. Press one tab on each side of your nose then apply your favorite nasal strip.

🏳 Report an issue with this product or seller

 **Barq's** Root Beer, 12 Fl Oz Cans, 12 Pack
$5^{87} ~~$5.97~~ ✓prime

Sponsored ⓘ

---

$19^{94} ($0.66 / count)
Price history

$4.99 delivery **June 16 - 18.**
Details

Or fastest delivery **June 15 - 16.**
Details

⊙ Delivering to Fitchburg 53711 - Update location

**In Stock**

Quantity: 1

**Add to cart**

**Buy Now**

Shipper / Seller    oxymax

Returns              30-day refund/replacement

Payment             Secure transaction

∨ See more

**Add to Auto Buy**

**Add to List**





Say Goodbye To Snoring
Get the restful sleep you deserve.

Click to see full view

◌ Ask Alexa

Are these compatible with all nasal strips?   How long does each tab stay on?

Is this suitable for sensitive skin?   Why you might like this   Compare with similar

Ask something else

## Refill Magnetic Nasal Strip Tabs for Breathing - (30 Uses) - Enhance Breathing, Sleep Aid & Reduce Snoring - 60 Patches

Brand: Generic

Search this page

$19.94 ($0.66 / count)

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

- **SKIN-FRIENDLY** - Our tabs are manufactured to have a reliant adhesive while being skin friendly and prevent irritation.
- **STAYS SECURE** - Whether enduring a sweaty workout or getting your restful sleep, our patches are engineered to support continuous use and dependable comfort.
- **PREMIUM MATERIALS** - Our tabs are made with medical-grade, latex-free materials. Our three-layer structure provides dependable comfort for any occasion.
- **30-DAY SUPPLY** - Enjoy a month's supply of our premium tab refills. Each pack contains 30 pairs (60 individual stickers). Better breathing starts here.
- **SIMPLE APPLICATION** - Clean skin then wait to dry. Press one tab on each side of your nose then apply your favorite nasal strip.

⚑ Report an issue with this product or seller

 **Barq's** Root Beer, 12 Fl Oz Cans, 12 Pack
$5.67 $5.97 ✓prime

Sponsored ⓘ

$19.94 ($0.66 / count)

Price history

$4.99 delivery **June 16 - 18**.
Details

Or fastest delivery **June 15 - 16**.
Details

⦿ Delivering to Fitchburg 53711 - Update location

**In Stock**

Quantity: 1

Add to cart

Buy Now

Shipper / Seller   oxymax

Returns   30-day refund/replacement

Payment   Secure transaction

˅ See more

Add to Auto Buy

Add to List






Click to see full view

Ask Alexa

Are these compatible with all nasal strips? | How long does each tab stay on?

Is this suitable for sensitive skin? | Why you might like this | Compare with similar

Ask something else

## Refill Magnetic Nasal Strip Tabs for Breathing - (30 Uses) - Enhance Breathing, Sleep Aid & Reduce Snoring - 60 Patches

Brand: Generic

Search this page

**$19**.**94** ($0.66 / count)

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

- SKIN-FRIENDLY - Our tabs are manufactured to have a reliant adhesive while being skin friendly and prevent irritation.
- STAYS SECURE - Whether enduring a sweaty workout or getting your restful sleep, our patches are engineered to support continuous use and dependable comfort.
- PREMIUM MATERIALS - Our tabs are made with medical-grade, latex-free materials. Our three-layer structure provides dependable comfort for any occasion.
- 30-DAY SUPPLY - Enjoy a month's supply of our premium tab refills. Each pack contains 30 pairs (60 individual stickers). Better breathing starts here.
- SIMPLE APPLICATION - Clean skin then wait to dry. Press one tab on each side of your nose then apply your favorite nasal strip.

⚑ Report an issue with this product or seller



**Barq's** Root Beer, 12 Fl Oz Cans, 12 Pack

$5⁶⁷ $5.97  ✔prime

Sponsored ⓘ

**$19**.**94** ($0.66 / count)

Price history

$4.99 delivery **June 16 - 18**. Details

Or fastest delivery **June 15 - 16**. Details

Delivering to Fitchburg 53711 - Update location

**In Stock**

Quantity: 1

Add to cart

Buy Now

| Shipper / Seller | oxymax |
|---|---|
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to Auto Buy

Add to List







**Click to see full view**



## Refill Magnetic Nasal Strip Tabs for Breathing - (30 Uses) - Enhance Breathing, Sleep Aid & Reduce Snoring - 60 Patches

Brand: Generic
Search this page

$**19**⁹⁴ ($0.66 / count)

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

- **SKIN-FRIENDLY** - Our tabs are manufactured to have a reliant adhesive while being skin friendly and prevent irritation.
- **STAYS SECURE** - Whether enduring a sweaty workout or getting your restful sleep, our patches are engineered to support continuous use and dependable comfort.
- **PREMIUM MATERIALS** - Our tabs are made with medical-grade, latex-free materials. Our three-layer structure provides dependable comfort for any occasion.
- **30-DAY SUPPLY** - Enjoy a month's supply of our premium tab refills. Each pack contains 30 pairs (60 individual stickers). Better breathing starts here.
- **SIMPLE APPLICATION** - Clean skin then wait to dry. Press one tab on each side of your nose then apply your favorite nasal strip.

⚐ Report an issue with this product or seller

**Barq's** Root Beer, 12 Fl Oz Cans, 12 Pack
$5⁶⁷ $5.97 ✓prime

Sponsored ⓘ

### Ask Alexa

- Are these compatible with all nasal strips?
- How long does each tab stay on?
- Is this suitable for sensitive skin?
- Why you might like this
- Compare with similar
- Ask something else

$**19**⁹⁴ ($0.66 / count)
Price history

$4.99 delivery **June 16 - 18**.
Details

Or fastest delivery **June 15 - 16**.
Details

⦿ Delivering to Fitchburg 53711 - Update location

**In Stock**

Quantity: 1

Add to cart

Buy Now

Shipper / Seller    oxymax
Returns             30-day refund/replacement
Payment            Secure transaction

⌄ See more

Add to Auto Buy

Add to List







**30 Pairs**

Click to see full view

🔵 **Ask Alexa**

- Are these compatible with all nasal strips?
- How long does each tab stay on?
- Is this suitable for sensitive skin?
- Why you might like this
- Compare with similar
- **Ask something else**

## Refill Magnetic Nasal Strip Tabs for Breathing - (30 Uses) - Enhance Breathing, Sleep Aid & Reduce Snoring - 60 Patches

Brand: Generic
Search this page

$**19**⁹⁴ ($0.66 / count)

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

- **SKIN-FRIENDLY** - Our tabs are manufactured to have a reliant adhesive while being skin friendly and prevent irritation.
- **STAYS SECURE** - Whether enduring a sweaty workout or getting your restful sleep, our patches are engineered to support continuous use and dependable comfort.
- **PREMIUM MATERIALS** - Our tabs are made with medical-grade, latex-free materials. Our three-layer structure provides dependable comfort for any occasion.
- **30-DAY SUPPLY** - Enjoy a month's supply of our premium tab refills. Each pack contains 30 pairs (60 individual stickers). Better breathing starts here.
- **SIMPLE APPLICATION** - Clean skin then wait to dry. Press one tab on each side of your nose then apply your favorite nasal strip.

⚑ Report an issue with this product or seller



**Barq's** Root Beer, 12 Fl Oz Cans, 12 Pack
$5⁶⁷ $5.97 ✓prime

Sponsored ⓘ

$**19**⁹⁴ ($0.66 / count)

Price history

$4.99 delivery **June 16 - 18**.
Details

Or fastest delivery **June 15 - 16**.
Details

📍 Delivering to Fitchburg 53711 - Update location

**In Stock**

Quantity: 1 ▾

Add to cart

Buy Now

| Shipper / Seller | oxymax |
|---|---|
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

Add to Auto Buy

Add to List





amazon | Delivering to Fitchburg 53711 · Update location | Health, Household & Baby Care ▾ | Search Amazon | 🔍 | EN | Hello, Nate Account & Lists ▾ | Returns & Orders | 0 Cart

☰ All |  for shopping | Join Prime | Early Prime Day | Computers | Buy Again | Prime Video | Nate's Amazon.com | Best Sellers | Registry | Same-Day Delivery | Customer Service | Gift Cards ▾ | Amazon Haul | Coupons

Health & Personal Care | Household Supplies | Vitamins & Diet Supplements | Baby & Child Care | Health Care | Sports Nutrition | Sexual Wellness | Health & Wellness | Medical Supplies & Equipment | FSA Eligible Items | Sales & Special Offers | Subscribe & Save

AIRSUPRA® Pay as little as $0* for AIRSUPRA · REGISTER TO SAVE · AstraZeneca
*Subject to eligibility rules and maximum savings limits; restrictions may apply. · AIRSUPRA is a registered trademark of the AstraZeneca group of companies. US-100422 Last Updated 4/25

Sponsored ⓘ

Health & Household › Health Care › Over-the-Counter Medication › Allergy, Sinus & Asthma



Click to see full view

## Magnetic Nasal Patch Refills - Transparent - (30 Pairs) - Improve Breathing, Sleep Aid and Reduce Snoring - Extra Sweat and Water Resistance - for All Skin Tones - Circle Shape

Brand: Generic

Search this page

### Currently unavailable.
We don't know when or if this item will be back in stock.

- SKIN-FRIENDLY - Our tabs are manufactured to have a reliant adhesive while being skin friendly and prevent irritation.
- FOR ALL SKIN TONES - Made with an upgraded transparent material that adapts to all skin tones, delivering a smoother, more natural appearance that stays discreet throughout everyday wear. No more mismatched skin tone tabs.
- SIMPLE APPLICATION - Clean skin then wait to dry. Press one tab on each side of your nose then apply your favorite nasal strip.
- PREMIUM MATERIALS - Our tabs are made with medical-grade, latex free materials. Our three layer structure provides dependable comfort for any occasion.
- 30 DAY SUPPLY - Enjoy a month's supply of our premium tab refills. Each pack contains 30 pairs (60 individual stickers). Better breathing starts here.

⚑ Report an issue with this product or seller

 **Coca-Cola** Vanilla, 12 fl oz, 12 Pack
$8⁴² ✓prime

Sponsored ⓘ

**Currently unavailable.**
We don't know when or if this item will be back in stock.
📍 Delivering to Fitchburg 53711 - Update location

Add to Auto Buy

Add to List


Coca-Cola Vanilla, 12 fl oz, 12 Pack
★★★★½ 1,913
$8⁴² ✓prime

Sponsored ⓘ

## Customers also viewed these products

Page 1 of 6 ⋮

      

| | | | | | | |
|---|---|---|---|---|---|---|
| Intake Breathing — Magnetic Nasal Strips Starter Kit \| Reusable Band + Tabs \| Nasal Strips for Sleep, Snoring,… | Intake Breathing Magnetic Nasal Strip Refill Tabs (30 Count) \| Adhesive Tabs for Intak… | Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against… | Nasal Dilators for Snoring - Anti Snore Nasal Dilator for Breathing - Upgraded Harder Version - Nose Breathing Aids - Nose… | intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Nasal Strips, Holds Up to 5 Tab Sets and 1 Band,… | Nose Vent Sinus Relief Dilator (Pack of 8 Various Sizes) - A Simple Solution for Nasal Snorers - Reusable Snoring Devic… | Brison Nasal Dilators for Breathing and Sleeping - 2 Pack Anti Snoring Nose Vents Opener for Better Breathing Sleeping and… |
| ★★★★☆ 5,154 | ★★★★☆ 2,241 #1 Best Seller | ★★★☆☆ 14,751 | ★★★☆☆ 561 | ★★★★½ 396 | ★★★☆☆ 6,600 | ★★★★☆ 638 |
| $47⁹⁹ ($3.20/count) | $39⁹⁹ ($1.33/count) | $16⁰⁰ ($16.00/count) | $8⁹⁹ ($2.25/count) | $19⁹⁹ | $9⁹⁹ ($1.25/count) | -19% $12⁹⁹ ($6.50/count) List: $15.99 |
| Get it as soon as **Tuesday, Jun 16** | Get it as soon as **Tuesday, Jun 16** | Get it as soon as **Tuesday, Jun 16** | Get it as soon as **Tuesday, Jun 16** | Get it as soon as **Tuesday, Jun 16** | Get it as soon as **Tuesday, Jun 16** | Get it as soon as **Tuesday, Jun 16** |
| FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping on orders over $35 shipped by Amazon ♻ 1 sustainability feature ˅ | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |

## 4 stars and above Sponsored ⓘ

Page 1 of 6

        

| | | | | | | |
|---|---|---|---|---|---|---|
| Intake Breathing — Magnetic Nasal Strips Starter Kit \| Reusable Band + Tabs \| Nasal… | Intake Breathing Magnetic Nasal Strip Refill Tabs (30 Count) \| Adhesive Tabs for In… | Navage® Starter Bundle – Nasal Irrigation System - Saline Nasal Rinse Kit with 1 No… | GenCare Nasal Decongestant PE – Phenylephrine HCl 10mg Tablets (Bulk 300… | Afrin No Drip Extra Moisturizing 12 Hour Nasal Congestion Relief Pump Mist, Sinus S… | MOXĒ Eucalyptus Essential Oil Nasal Inhaler, Sinus & Congestion Relief,… | Navage Starter Bundle - Nasal Irrigation System - Saline Nasal Rinse Kit with 1 Nos… |
| ★★★★☆ 2,110 | ★★★★☆ 2,241 #1 Best Seller | ★★★★½ 38,916 | ★★★★½ 5,390 | ★★★★½ 11,822 | ★★★★½ 4,267 | ★★★★½ 145 |
| -13% $69⁹⁹ ($2.33 / count) List: $79.99 | $39⁹⁹ ($1.33 / count) | -10% $89⁸⁸ ($89.88 / count) Typical: $99.88 | -20% $9⁹⁹ ($0.03 / count) List: $12.49 | $9⁴⁷ ($18.94 / fluid ounce) | $14⁹⁹ ($5.00 / count) | -9% $111⁹⁵ Was: $122.83 |
| FREE delivery **Tue, Jun 16** | FREE delivery **Tue, Jun 16** | FREE delivery **Tue, Jun 16** | FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon | FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon | FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon | Delivery **Sat, Jun 13** |

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

**Legal Disclaimer**

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

Disclaimer: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Product Description

Breathe more comfortably with our transparent magnetic nasal strip tab refill — a simple, skin-friendly accessory designed for anyone who uses nasal strips for sleep, snoring relief, workouts or everyday airflow. These circular clear tabs feature an upgraded transparent material engineered for improved water and sweat resistance. The transparent adhesive will match any skin tone. Our skin-friendly, medical-grade tabs create a comfortable anchor point on each side of the nose, helping your nasal strip stay in place during daily activities and rest. Made with latex-free materials in a three-layer structure, these tabs are built with your skin's comfort as the priority. Application is effortless: clean skin, press a tab on each side, and apply your strip. With 60 individual patches per pack, you have a full 30-day supply ready to go. Better breathing starts here.

## Product details

**Package Dimensions :** 10 x 6 x 0.5 inches; 1.1 ounces

**Date First Available :** March 30, 2026

**Manufacturer :** Generic

**ASIN :** B0GVGQZK4M

**Best Sellers Rank:** #541,037 in Health & Household (See Top 100 in Health & Household)
#2,708 in Allergy, Sinus & Asthma Medicine

### Related products with free delivery on eligible orders Sponsored ⓘ | Try Prime for unlimited fast, free shipping









Intake Breathing — Magnetic Nasal Strips Starter Kit | Reusable Band + Tabs | Nasal...
★★★★☆ 5,154
$47⁹⁹ ($3.20 / count)
FREE delivery **Tue, Jun 16**

SLYD Max Flow Nasal Strips 35 Pack - Extra Strong Silk Material, 20% More Airflow, ...
★★★★½ 22
-20% $39⁹⁹
($1.33 / count)
List: $49.98
FREE delivery **Tue, Jun 16**

Performance Nasal Strips for Breathing 60 Pcs | Oil & Sweat Resistant Adhesive for ...
★★★★☆ 43
-36% $13⁹⁷
($0.23 / count)
List: $21.97
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon

Flonase Allergy Relief Nasal Spray Fluticasone Propionate, 24-Hour Non-Drowsy Multi...
★★★★★ 6,037
**Amazon's Choice**
$27⁹⁹ ($27.99 / count)
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon

Navage Starter Bundle - Nasal Irrigation System - Saline Nasal Rinse Kit with 1 Nos...
★★★★½ 145
-9% $111⁹⁵
Was: $122.83
Delivery **Sat, Jun 13**

Navage® Starter Bundle – Nasal Irrigation System - Saline Nasal Rinse Kit with 1 No...
★★★★½ 38,916
-10% $89⁸⁸
($89.88 / count)
Typical: $99.88
FREE delivery **Tue, Jun 16**

Afrin No Drip Extra Moisturizing 12 Hour Nasal Congestion Relief Pump Mist, Sinus S...
★★★★½ 11,822
$9⁴⁷ ($18.94 / fluid ounce)
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon




**QUNREDA** RC Car
4.5 ★★★★½ 6,140
$29⁹⁹ ✓prime

Sponsored ⓘ

## 🔵 Looking for specific info?

Ask Alexa or search reviews and Q&A →

## Customer reviews

There are 0 customer reviews.

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review


Eligible patients can pay as little as **$0\*** for each inhaler
**AIRSUPRA™** (albuterol 90 mcg/budesonide 80 mcg) Inhalation Aerosol
FIND OUT MORE

Subject to eligibility rules and maximum savings limits, restrictions may apply.

©2023 AstraZeneca. All rights reserved. US-77177 Last Updated 8/23

Sponsored ⓘ

        

Tanamo House Slippers for Women Men Indoor Barefoot Slippers Socks Slip on House Shoes Cozy Comfy Slippers for Ho…
★★★★½ 1,948
-52% $9⁹⁹
List: $20.99
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon

ATHMILE House Slippers for Women Men Indoor Barefoot Slippers Socks Furry Slip on House Shoes Cozy Comfy for…
★★★★½ 5,074
-29% $16⁹⁹
List Price: $23.99
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon
♻ 3 sustainability features ⌄

Scurtain Unisex Adults Rubber Sole Slippers
★★★★½ 10,830
$14⁹⁸
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon

ANLUKE Slipper for Women Men Slipper Socks Fuzzy House Shoes Rubber Sole Slip On So…
★★★★☆ 5,469
Amazon's Choice
$9⁹⁹
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon
♻ 3 sustainability features ⌄

BARERUN Womens Mens Slippers Diabetic House Slippers for Women Men Wide Indoor Slip on Barefoot Adjustable…
★★★★☆ 452
-33% $15⁹⁹
List: $23.99
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon

Ibeauti Women Mens House Slippers Lightweight Comfy Barefoot Slipper Socks Rubber Sole House Sho…
★★★★½ 2,977
$22⁹⁹
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon

## Your Browsing History  View or edit your browsing history

        

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



amazon

🌐 English ⇅    🇺🇸 United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Refurbished tech you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑✗
© 1996-2026, Amazon.com, Inc. or its affiliates

Microsoft® Windows® Operating System          Microsoft Windows 11 Enterprise 25H2 (64-bit Build 26200)          https://www.amazon.com/dp/B0GVGQZK4M
2126.5100.0.0                                  6/11/2026 4:28:27 PM


Click to see full view

**Magnetic Nasal Patch Refills - Transparent - (30 Pairs) - Improve Breathing, Sleep Aid and Reduce Snoring - Extra Sweat and Water Resistance - for All Skin Tones - Circle Shape**

Brand: Generic

Search this page

## Currently unavailable.
We don't know when or if this item will be back in stock.

- **SKIN-FRIENDLY -** Our tabs are manufactured to have a reliant adhesive while being skin friendly and prevent irritation.
- **FOR ALL SKIN TONES -** Made with an upgraded transparent material that adapts to all skin tones, delivering a smoother, more natural appearance that stays discreet throughout everyday wear. No more mismatched skin tone tabs.
- **SIMPLE APPLICATION -** Clean skin then wait to dry. Press one tab on each side of your nose then apply your favorite nasal strip.
- **PREMIUM MATERIALS -** Our tabs are made with medical-grade, latex free materials. Our three layer structure provides dependable comfort for any occasion.
- **30 DAY SUPPLY -** Enjoy a month's supply of our premium tab refills. Each pack contains 30 pairs (60 individual stickers). Better breathing starts here.

⚑ Report an issue with this product or seller

**Currently unavailable.**
We don't know when or if this item will be back in stock.

⊙ Delivering to Fitchburg 53711 - Update location

Add to Auto Buy

Add to List

**Ask Alexa**

How long does each tab last?   Does it work during exercise?   Is it easy to remove?

Why you might like this   Compare with similar   Ask something else



Click to see full view



## Magnetic Nasal Patch Refills - Transparent - (30 Pairs) - Improve Breathing, Sleep Aid and Reduce Snoring - Extra Sweat and Water Resistance - for All Skin Tones - Circle Shape

Brand: Generic

Search this page

### Currently unavailable.
We don't know when or if this item will be back in stock.

- **SKIN-FRIENDLY** - Our tabs are manufactured to have a reliant adhesive while being skin friendly and prevent irritation.
- **FOR ALL SKIN TONES** - Made with an upgraded transparent material that adapts to all skin tones, delivering a smoother, more natural appearance that stays discreet throughout everyday wear. No more mismatched skin tone tabs.
- **SIMPLE APPLICATION** - Clean skin then wait to dry. Press one tab on each side of your nose then apply your favorite nasal strip.
- **PREMIUM MATERIALS** - Our tabs are made with medical-grade, latex free materials. Our three layer structure provides dependable comfort for any occasion.
- **30 DAY SUPPLY** - Enjoy a month's supply of our premium tab refills. Each pack contains 30 pairs (60 individual stickers). Better breathing starts here.

⚐ Report an issue with this product or seller

**Currently unavailable.**
We don't know when or if this item will be back in stock.

◉ Delivering to Fitchburg 53711 - Update location

Add to Auto Buy

Add to List

### ⟳ Ask Alexa

How long does each tab last?    Does it work during exercise?    Is it easy to remove?

Why you might like this    Compare with similar    Ask something else



Click to see full view



### Magnetic Nasal Patch Refills - Transparent - (30 Pairs) - Improve Breathing, Sleep Aid and Reduce Snoring - Extra Sweat and Water Resistance - for All Skin Tones - Circle Shape

Brand: Generic

Search this page

---

**Currently unavailable.**
We don't know when or if this item will be back in stock.

- **SKIN-FRIENDLY** - Our tabs are manufactured to have a reliant adhesive while being skin friendly and prevent irritation.
- **FOR ALL SKIN TONES** - Made with an upgraded transparent material that adapts to all skin tones, delivering a smoother, more natural appearance that stays discreet throughout everyday wear. No more mismatched skin tone tabs.
- **SIMPLE APPLICATION** - Clean skin then wait to dry. Press one tab on each side of your nose then apply your favorite nasal strip.
- **PREMIUM MATERIALS** - Our tabs are made with medical-grade, latex free materials. Our three layer structure provides dependable comfort for any occasion.
- **30 DAY SUPPLY** - Enjoy a month's supply of our premium tab refills. Each pack contains 30 pairs (60 individual stickers). Better breathing starts here.

⚑ Report an issue with this product or seller

**Currently unavailable.**
We don't know when or if this item will be back in stock.

⊙ Delivering to Fitchburg 53711 - Update location

Add to Auto Buy

Add to List

◌ **Ask Alexa**

How long does each tab last?    Does it work during exercise?    Is it easy to remove?

Why you might like this    Compare with similar    Ask something else

Amazon · Delivering to Fitchburg 53711 Update location · Health, Household & Baby Care ▾ · Search Amazon · 🔍 · EN · Hello, Nate Account & Lists ▾ · Returns & Orders · 0 Cart

☰ All · *alexa* for shopping · Join Prime · Early Prime Day · Computers · Buy Again · Prime Video · Nate's Amazon.com · Best Sellers · Registry · Same-Day Delivery · Customer Service · Gift Cards ▾ · Amazon Haul · Coupons

Health & Personal Care · Household Supplies · Vitamins & Diet Supplements · Baby & Child Care · Health Care · Sports Nutrition · Sexual Wellness · Health & Wellness · Medical Supplies & Equipment · FSA Eligible Items · Sales & Special Offers · Subscribe & Save

Sprite Zero, 12 fl oz, 12 Pack
4.7 ★★★★½ 6,990
$8⁴² ✓prime
Sponsored ⓘ

## Consider these available items



Refill Magnetic Nasal Strip Tabs for Breathing - (30 Uses) - Enhance Breathing, Sleep Aid & Reduce Snoring - 60 Patches
$19⁹⁴ ($0.66/count)

Health & Household › Health Care › Over-the-Counter Medication › Allergy, Sinus & Asthma



Click to see full view

### Ask Alexa

How long does each tab stay on? · Are these compatible with all nasal strips? · Can I reuse the tabs or wear them daily? · Why you might like this · Compare with similar · Ask something else

# Magnetic Nasal Patch Refills - (30 Pairs) Skin-Friendly, Latex-Free, for Sleep, Snoring Relief and Workouts - Circle Shape

Brand: Generic
Search this page

**Currently unavailable.**
We don't know when or if this item will be back in stock.

- SKIN-FRIENDLY- Our tabs are manufactured to have a reliant adhesive while being skin friendly and prevent irritation.
- STAYS SECURE - Whether enduring a sweaty workout or getting your beauty sleep, our patches are engineered to support continuous use and dependable comfort.
- SIMPLE APPLICATION - Clean skin then wait to dry. Press one tab on each side of your nose then apply your favorite nasal strip.
- PREMIUM MATERIALS - Our tabs are made with medical-grade, latex free materials. Our three layer structure provides dependable comfort for any occasion.
- 30 DAY SUPPLY - Enjoy a month's supply of our premium tab refills. Each pack contains 30 pairs (60 individual stickers). Better breathing starts here.

⚑ Report an issue with this product or seller



Sprite Zero, 12 fl oz, 12 Pack
$8⁴² ✓prime
Sponsored ⓘ

**Currently unavailable.**
We don't know when or if this item will be back in stock.

📍 Delivering to Fitchburg 53711 - Update location

Add to Auto Buy

Add to List


Sprite Zero, 12 fl oz, 12 Pack
★★★★½ 6,990
$8⁴² ✓prime
Sponsored ⓘ

## Customers who bought this also listened to these Amazon Music podcasts

‹

 8 Hour Binaural Beats

 8 Hour Sleep Music

 Guided Sleep Meditation & Sleep Hypnosis from Sleep Cove

 Meditation Sounds

 Just Sleep - Bedtime Stories for Adults

 Sounds for Deep Sleep: White Noise, Ambience, Nature Sounds

 Get Sleepy: Sleep meditation and stories

›

### 4 stars and above Sponsored ⓘ

Page 1 of 38

‹

 Nasal Dilators for Breathing Sleeping - Reusable Internal Nostril Nose Opener, Anti...
★★★★☆ 75
-19% $12⁹⁹
($6.50 / count)
List: $15.99
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon

  Intake Breathing — Magnetic Nasal Strips Starter Kit | Reusable Band + Tabs | Nasal...
★★★★☆ 2,110
-13% $69⁹⁹
($2.33 / count)
List: $79.99
FREE delivery **Tue, Jun 16**

 Breathe Right Nasal Strips, Extra Strength Clear Nose Strips, Drug Free Nasal Conge...
★★★★½ 18,421
#1 Best Seller
-20% $16⁸⁹
($0.38 / count)
List: $20.99
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon

 7mg Quit Smoking Patches, Step 3 Stop Smoking Aids Patches, Easy & Effective Anti-S...
★★★★☆ 1,097
-10% $17⁹⁹
($0.60 / count)
List: $19.99
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon

 Upgraded Version - Invisible and Transparent Nasal Strips (66mm*19mm) (100)
★★★★☆ 1,006
$9⁹⁹ ($9.99 / count)
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon

  Intake Breathing Magnetic Nasal Strip Refill Tabs (30 Count) | Adhesive Tabs for In...
★★★★☆ 2,241
#1 Best Seller
$39⁹⁹ ($1.33 / count)
FREE delivery **Tue, Jun 16**

60-300 Count Nasal Strips for Men and Women(66mm*19mm) (110)
★★★★½ 206
$9⁹⁹ ($0.03 / count)
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon

›

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

Disclaimer: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Product Description

Breathe more comfortably with our circular magnetic nasal strip tab refill — a simple, skin-friendly accessory designed for anyone who uses nasal strips for sleep, snoring relief, workouts or everyday airflow. Our skin-friendly, medical-grade tabs create a comfortable anchor point on each side of the nose, helping your nasal strip stay in place during daily activities and rest. Made with latex-free materials in a three-layer structure, these tabs are built with your skin's comfort as the priority. Application is effortless: clean skin, press a tab on each side, and apply your strip. With 60 individual patches per pack, you have a full 30-day supply ready to go. Better breathing starts here.

## Product details

**Package Dimensions** : 10 x 6 x 0.5 inches; 1.1 ounces
**Date First Available** : March 30, 2026
**Manufacturer** : Generic
**ASIN** : B0GVGQMP28
**Best Sellers Rank:** #206,617 in Health & Household (See Top 100 in Health & Household)
#1,384 in Allergy, Sinus & Asthma Medicine

### Products related to this item Sponsored

      



| Intake Breathing Magnetic Nasal Strip Refill Tabs (30 Count) \| Adhesive Tabs for In... | Intake Breathing — Magnetic Nasal Strips Starter Kit \| Reusable Band + Tabs \| Nasal... | Mute Nasal Dilator Snoring Solution \| Medium 3 Pack \| Snore Less & Sleep Better \| N... | NEXIAIR Black Nasal Strips – Nose Strips for Breathing, Snoring & Sleeping – Drug-F... | Refill Magnetic Nasal Strip Tabs for Breathing - (30 Uses) - Enhance Breathing, Sle... | PATCH4U Premium Tape (30 Pack) - Pain Free Removal, Hypoallergenic, Latex... | Upgraded Version - Invisible and Transparent Nasal Strips (66mm*19mm) (100) |

★★★★☆ 2,241  #1 Best Seller  $39⁹⁹ ($1.33 / count)  FREE delivery **Tue, Jun 16**

★★★★☆ 2,110  $59⁹⁹ ($2.00 / count)  FREE delivery **Tue, Jun 16**

★★★☆☆ 18,581  $20⁹⁹ ($7.00 / count)  FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon

★★★★☆ 2  $9⁹⁵ ($0.17 / count)  FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon

$19⁹⁴ ($0.66 / count)  $4.99 delivery Jun 16 - 18

★★★★☆ 1,354  #1 Best Seller  $19⁹⁸ ($0.67 / count)  FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon

★★★★☆ 1,006  $9⁹⁹ ($9.99 / count)  FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon

  

Breathe Better

Dream Recovery Second Wind Nasal...
3.9 ★★★★☆ 122
$179¹⁰ $199.00 ✓prime
Save 10% with Subscribe & Save

Sponsored

## Similar brands on Amazon
Sponsored

  

Performance Nose Strips for Breathing (60 Count) - Oil & Sweat Proof Adhesiv...
4.0 ★★★★☆ 896
$22.95

Bleep Eclipse Magnetic Frame & 96 Halos - Maskless C PAP Nose Mask for...
4.3 ★★★★★ 195
$124.49

Nasal Strips for Snoring, Extra Strength Nose Strips for Congestion Improve...
5.0 ★★★★★ 11
$23.99

###  Looking for specific info?

Ask Alexa or search reviews and Q&A ➤

How long does each tab stay on?   Are these compatible with all nasal strips?   Can I reuse the tabs or wear them daily?

Does this work for different nose sizes?   What's the best way to remove them safely?

## Customer reviews



There are 0 customer reviews.

5 star ▭ 0%

4 star ▭ 0%
3 star ▭ 0%
2 star ▭ 0%
1 star ▭ 0%

How customer reviews and ratings work ⌄

---

**Review this product**

Share your thoughts with other customers

[ Write a customer review ]



Performance Nose Strips for…
$20.65 $22.95 ✓prime
Save 10% with Subscribe & Save

sponsored ⓘ



Awaken Your Potential
$27.00 $30.00 ✓prime
Save 10% with Subscribe & Save

sponsored ⓘ

## Customers who viewed items in your browsing history also viewed

Page 1 of 6

          

| Intake Breathing Magnetic Nasal Strip Refill Tabs (30 Count) \| Adhesive Tabs for Intak… | Intake Breathing — Magnetic Nasal Strips Starter Kit \| Reusable Band + Tabs \| Nasal Strips for Sleep, Snoring,… | intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Nasal Strips, Holds Up to 5 Tab Sets and 1 Band,… | Nasal Strips for Snoring Nose Strips for Breathing Enhanced Respiratory Efficiency Extra Strength Snoring Solution Nasal… | LeIsfIt Toddler Slippers Boys Girls House Shoes Soft Warm Kids House Slippers Slip on Cozy Bedroom Sock Shoes Non-slip Indoor Outdo… | VIFUUR Kids Boys Girls House Slippers Slip on Barefoot Socks for Babys Winter Warm Shoes Indoor Tollder |
|---|---|---|---|---|---|
| ★★★★☆ 2,241 | ★★★★☆ 5,154 | ★★★★½ 396 | ★★☆☆☆ 21 | ★★★★½ 333 | ★★★★☆ 36 |
| #1 Best Seller | | | | | |
| $39⁹⁹ ($1.33/count) | $47⁹⁹ ($3.20/count) | $19⁹⁹ | $26⁰⁰ | $14³⁹ | $9⁹⁹–$12⁹⁹ |
| Get it as soon as **Tuesday, Jun 16** | Get it as soon as **Tuesday, Jun 16** | Get it as soon as **Tuesday, Jun 16** | Get it **Jun 22 - Jul 6** | | |
| FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping on orders over $35 shipped by Amazon | $4.99 shipping Only 18 left in stock - order… | ⊘ 3 sustainability features ⌄ | |

## Pick up where you left off  See more

Page 1 of 6

         

| Tanamo House Slippers for Women Men Indoor Barefoot Slippers Socks Slip on House Shoes Cozy Comfy Slippers for Ho… | ATHMILE House Slippers for Women Men Indoor Barefoot Slippers Socks Furry Slip on House Shoes Cozy Comfy for… | Scurtain Unisex Adults Rubber Sole Slippers | ANLUKE Slipper for Women Men Slipper Socks Fuzzy House Shoes Rubber Sole Slip On So… | BARERUN Womens Mens Slippers Diabetic House Slippers for Women Men Wide Indoor Slip on Barefoot Adjustable… | Ibeauti Women Mens House Slippers Lightweight Comfy Barefoot Slipper Socks Rubber Sole House Sho… |
|---|---|---|---|---|---|
| ★★★★½ 1,948 | ★★★★½ 5,074 | ★★★★½ 10,830 | ★★★★½ 5,469 | ★★★★☆ 452 | ★★★★½ 2,977 |
| -52% $9⁹⁹ | -29% $16⁹⁹ | $14⁹⁸ | $9⁹⁹ | -33% $15⁹⁹ | $22⁹⁹ |
| List: $20.99 | List Price: $23.99 | | Amazon's Choice | List: $23.99 | |
| Get it as soon as **Tuesday, Jun 16** | Get it as soon as **Tuesday, Jun 16** | Get it as soon as **Tuesday, Jun 16** | Get it as soon as **Tuesday, Jun 16** | Get it as soon as **Tuesday, Jun 16** | Get it as soon as **Tuesday, Jun 16** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |
| | ⊘ 3 sustainability features ⌄ | | ⊘ 3 sustainability features ⌄ | | 16 FREE Shipping on orders over $35 shipped by Amazon |

---

**Your Browsing History**  View or edit your browsing history

        

Back to top

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

🌐 English ⇅    🇺🇸 United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Refurbished tech you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑✕

© 1996-2026, Amazon.com, Inc. or its affiliates




High-Grade Adhesive

Skin-Friendly, Medical-Grade

Water-Resistent

Click to see full view

Ask Alexa

How long does each tab stay on?   Are these compatible with all nasal strips?

Can I reuse the tabs or wear them daily?   Why you might like this   Compare with similar

Ask something else

## Magnetic Nasal Patch Refills - (30 Pairs) Skin-Friendly, Latex-Free, for Sleep, Snoring Relief and Workouts - Circle Shape

Brand: Generic
Search this page

### Currently unavailable.
We don't know when or if this item will be back in stock.

- SKIN-FRIENDLY- Our tabs are manufactured to have a reliant adhesive while being skin friendly and prevent irritation.
- STAYS SECURE - Whether enduring a sweaty workout or getting your beauty sleep, our patches are engineered to support continuous use and dependable comfort.
- SIMPLE APPLICATION - Clean skin then wait to dry. Press one tab on each side of your nose then apply your favorite nasal strip.
- PREMIUM MATERIALS - Our tabs are made with medical-grade, latex free materials. Our three layer structure provides dependable comfort for any occasion.
- 30 DAY SUPPLY - Enjoy a month's supply of our premium tab refills. Each pack contains 30 pairs (60 individual stickers). Better breathing starts here.

⚐ Report an issue with this product or seller


**Sprite** Zero, 12 fl oz, 12 Pack
$8 42  ✓prime

Sponsored ⓘ

### Currently unavailable.
We don't know when or if this item will be back in stock.
⦿ Delivering to Fitchburg 53711 - Update location

Add to Auto Buy

Add to List



Sprite Zero, 12 fl oz, 12 Pack
★★★★½ 6,990
$8 42  ✓prime

Sponsored ⓘ



Click to see full view

🔵 **Ask Alexa**

How long does each tab stay on?   Are these compatible with all nasal strips?

Can I reuse the tabs or wear them daily?   Why you might like this   Compare with similar

**Ask something else**

## Magnetic Nasal Patch Refills - (30 Pairs) Skin-Friendly, Latex-Free, for Sleep, Snoring Relief and Workouts - Circle Shape

Brand: Generic

Search this page

### Currently unavailable.

We don't know when or if this item will be back in stock.

- **SKIN-FRIENDLY-** Our tabs are manufactured to have a reliant adhesive while being skin friendly and prevent irritation.
- **STAYS SECURE -** Whether enduring a sweaty workout or getting your beauty sleep, our patches are engineered to support continuous use and dependable comfort.
- **SIMPLE APPLICATION -** Clean skin then wait to dry. Press one tab on each side of your nose then apply your favorite nasal strip.
- **PREMIUM MATERIALS -** Our tabs are made with medical-grade, latex free materials. Our three layer structure provides dependable comfort for any occasion.
- **30 DAY SUPPLY -** Enjoy a month's supply of our premium tab refills. Each pack contains 30 pairs (60 individual stickers). Better breathing starts here.

⚑ Report an issue with this product or seller



**Sprite** Zero, 12 fl oz, 12 Pack

$8⁴² ✔prime

Sponsored ⓘ

### Currently unavailable.
We don't know when or if this item will be back in stock.

◉ Delivering to Fitchburg 53711 - Update location

**Add to Auto Buy**

**Add to List**



Sprite Zero, 12 fl oz, 12 Pack

★★★★½ 6,990

$8⁴² ✔prime

Sponsored ⓘ

Amazon
Delivering to Fitchburg 53711
Update location
Health, Household & Baby Care
Search Amazon
EN
Hello, Nate
Account & Lists
Returns
& Orders
0
Cart

All
alexa for shopping
Join Prime
Early Prime Day
Computers
Buy Again
Prime Video
Nate's Amazon.com
Best Sellers
Registry
Same-Day Delivery
Customer Service
Gift Cards
Amazon Haul
Coupons

Health & Personal Care    Household Supplies    Vitamins & Diet Supplements    Baby & Child Care    Health Care    Sports Nutrition    Sexual Wellness    Health & Wellness    Medical Supplies & Equipment    FSA Eligible Items    Sales & Special Offers    Subscribe & Save


**Sprite Zero** Sprite® Chill Zero Sugar Cherry Lime Natural Flavor Soda Soft Drink Cans, 12 fl oz, 12...
4.6 ★★★★½ 592
$11⁹⁹ ✓prime
Sponsored

Consider these available items



Refill Magnetic Nasal Strip Tabs for Breathing - (30 Uses) - Enhance Breathing, Sleep Aid & Reduce Snoring - 60 Patches
$19⁹⁴ ($0.66/count)

Health & Household › Health Care › Over-the-Counter Medication › Allergy, Sinus & Asthma



Click to see full view

## Magnetic Nasal Tab Refills - Transparent - (30 Uses) - Improve Breathing, Sleep Aid and Reduce Snoring - Extra Sweat and Water Resistance - for All Skin Tones

Brand: Generic
Search this page

### Currently unavailable.
We don't know when or if this item will be back in stock.

- SKIN-FRIENDLY - Our tabs are manufactured to have a reliant adhesive while being skin friendly and prevent irritation.
- FOR ALL SKIN TONES - Made with an upgraded transparent material that adapts to all skin tones, delivering a smoother, more natural appearance that stays discreet throughout everyday wear. No more mismatched skin tone tabs.
- SIMPLE APPLICATION - Clean skin then wait to dry. Press one tab on each side of your nose then apply your favorite nasal strip.
- PREMIUM MATERIALS - Our tabs are made with medical-grade, latex free materials. Our three layer structure provides dependable comfort for any occasion.
- 30 DAY SUPPLY - Enjoy a month's supply of our premium tab refills. Each pack contains 30 pairs (60 individual stickers). Better breathing starts here.

⚑ Report an issue with this product or seller


**Sprite Zero** Sprite® Chill Zero Sugar Cherry Lime Natural Flavor Soda Soft Drink Cans, 12 fl oz, 12 Pack
$11⁹⁹ ✓prime
Sponsored

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Delivering to Fitchburg 53711 - Update location

Add to Auto Buy

Add to List


Sprite® Chill Zero Sugar Cherry Li...
★★★★½ 592
$11⁹⁹ ✓prime
Sponsored

## Customers who bought this also listened to these Amazon Music podcasts


8 Hour Binaural Beats


8 Hour Sleep Music


Guided Sleep Meditation & Sleep Hypnosis from Sleep Cove


Meditation Sounds


Just Sleep - Bedtime Stories for Adults


Sounds for Deep Sleep: White Noise, Ambience, Nature Sounds


Get Sleepy: Sleep meditation and stories

### 4 stars and above   Sponsored ⓘ
Page 1 of 14


Intake Breathing — Magnetic Nasal Strips Starter Kit | Reusable Band + Tabs | Nasal...
★★★★☆ 2,110
-13% $69⁹⁹
($2.33 / count)
List: $79.99
FREE delivery **Tue, Jun 16**


60-300 Count Nasal Strips for Men and Women(66mm*19mm) (110)
★★★★½ 206
$9⁹⁹ ($0.03 / count)
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon


Intake Breathing Magnetic Nasal Strip Refill Tabs (60 Count) | Adhesive Tabs for In...
★★★★☆ 2,241
$59⁹⁹ ($1.00 / count)
FREE delivery **Tue, Jun 16**


Upgraded Version - Invisible and Transparent Nasal Strips (66mm*19mm) (100)
★★★★☆ 1,006
$9⁹⁹ ($9.99 / count)
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon


Breathe Right Extra Strength, Nasal Strips, Menthol Scent, Drug Free Nasal Congesti...
★★★★½ 15,592
-6% $11²⁹
($0.43 / count)
List: $11.99
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon


Clear Passage Nasal Strips Extra Strength, Clear, 100 ct | Works Instantly to Impro...
★★★★☆ 3,963
$29⁹⁹ ($0.30 / count)
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon


Extra Strength Nasal Strips for Snoring and Nasal Congestion Relief,Drug-Free Breat...
★★★★★ 1,333
#1 Best Seller
$17⁹⁹ ($0.30 / count)
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon
You pay $15.99 with coupon

#1 Best Seller

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

**Legal Disclaimer**

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Product Description

Breathe more comfortably with our transparent magnetic nasal strip tab refill — a simple, skin-friendly accessory designed for anyone who uses nasal strips for sleep, snoring relief, workouts or everyday airflow. These clear tabs feature an upgraded transparent material engineered for improved water and sweat resistance. The transparent adhesive will match any skin tone. Our skin-friendly, medical-grade tabs create a comfortable anchor point on each side of the nose, helping your nasal strip stay in place during daily activities and rest. Made with latex-free materials in a three-layer structure, these tabs are built with your skin's comfort as the priority. Application is effortless: clean skin, press a tab on each side, and apply your strip. With 60 individual patches per pack, you have a full 30-day supply ready to go. Better breathing starts here.

## Product details

**Package Dimensions** : 10 x 6 x 0.5 inches; 1.1 ounces

**Date First Available** : March 30, 2026

**Manufacturer** : Generic

**ASIN** : B0GVGQFHJF

**Best Sellers Rank:** #537,418 in Health & Household (See Top 100 in Health & Household)
#2,694 in Allergy, Sinus & Asthma Medicine

## Products related to this item Sponsored ⓘ









Intake Breathing — Magnetic Nasal Strips Starter Kit | Reusable Band + Tabs | Nasal...
★★★★☆ 2,110
$59⁹⁹ ($2.00 / count)
FREE delivery **Tue, Jun 16**

Refill Magnetic Nasal Strips for Breathing 30-Days Supply, Nose Strip for Snoring R...
★★½☆☆ 31
-33% $19⁹⁷
($0.33 / count)
Typical: $29.97
FREE delivery **Jun 16 - 21** on $35 of items shipped by Amazon

Anti-Snore Chin Strap for Sleeping,Adjustable Anti Snore Jaw Strap with Ventilation...
★★★★★ 2
$9⁹⁹ ($9.99 / count)
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon

Premium Nasal Strips for Nighttime Sleep, Comfort-Fit Nose Strips with Skin-Friendl...
★★★★½ 32
$29⁹⁹ ($1.00 / count)
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon
You pay $26.99 with coupon

Refill Magnetic Nasal Strip Tabs for Breathing - (30 Uses) - Enhance Breathing, Sle...
$19⁹⁴ ($0.66 / count)
$4.99 delivery **Jun 16 - 18**

Intake Breathing Magnetic Nasal Strip Refill Tabs (30 Count) | Adhesive Tabs for In...
★★★★☆ 2,241
#1 Best Seller
$39⁹⁹ ($1.33 / count)
FREE delivery **Tue, Jun 16**

PATCH4U Premium Tape (30 Pack) - Pain Free Removal, Hypoallergenic, Latex...
★★★★☆ 1,354
#1 Best Seller
$19⁹⁸ ($0.67 / count)
FREE delivery **Tue, Jun 16** on $35 of items shipped by Amazon





Breathe Better

Dream Recovery Second Wind Nasal...
3.9 ★★★★☆ 122
$179¹⁰ $199.00 ✓prime
Save 10% with Subscribe & Save

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ






Performance Nose Strips for Breathing (60 Count) - Oil & Sweat Proof Adhesiv...
4.0 ★★★★☆ 896
$22.95

Bleep Eclipse Magnetic Frame & 96 Halos - Maskless C PAP Nose Mask for...
4.3 ★★★★½ 195
$124.49

Nasal Strips for Snoring, Extra Strength Nose Strips for Congestion Improve...
5.0 ★★★★★ 11
$23.99

## ⟳ Looking for specific info?

Ask Alexa or search reviews and Q&A

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

There are 0 customer reviews.

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



Performance Nose Strips for...
$20.65 $22.95 ✓prime
Save 10% with Subscribe & Save

Sponsored ⓘ



**KIZIK**  Freedom Run Slip On Running Sho...   $149.95
Running Shoes for Men: Comfort for Long Runs

Sponsored ⓘ

## Customers who viewed items in your browsing history also viewed

      

**Intake Breathing Magnetic Nasal Strip Refill Tabs (30 Count) | Adhesive Tabs for Intak...**
★★★★☆ 2,241
#1 Best Seller
$39.99 ($1.33/count)
Get it as soon as **Tuesday, Jun 16**
FREE Shipping by Amazon

**Intake Breathing — Magnetic Nasal Strips Starter Kit | Reusable Band + Tabs | Nasal Strips for Sleep, Snoring,...**
★★★★☆ 5,154
$47.99 ($3.20/count)
Get it as soon as **Tuesday, Jun 16**
FREE Shipping by Amazon

**intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Nasal Strips, Holds Up to 5 Tab Sets and 1 Band,...**
★★★★☆ 396
$19.99
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon

**Nasal Strips for Snoring Nose Strips for Breathing Enhanced Respiratory Efficiency Extra Strength Snoring Solution Nasal...**
★★☆☆☆ 21
$26.00
Get it Jun 22 - Jul 6
$4.99 shipping
Only 18 left in stock - order...

**LeIsfIt Toddler Slippers Boys Girls House Shoes Soft Warm Kids House Slippers Slip on Cozy Bedroom Sock Shoes Non-slip Indoor Outdo...**
★★★★☆ 333
$14.39

**VIFUUR Kids Boys Girls House Slippers Slip on Barefoot Socks for Babys Winter Warm Shoes Indoor Tollder**
★★★★☆ 36
$9.99–$12.99
🌱 3 sustainability features ⌄

## Pick up where you left off  See more

## Pick up where you left off  See more

Page 1 of 6



      

**Tanamo House Slippers for Women Men Indoor Barefoot Slippers Socks Slip on House Shoes Cozy Comfy Slippers for Ho...**
★★★★☆ 1,948
-52% $9.99
List: $20.99
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon

**ATHMILE House Slippers for Women Men Indoor Barefoot Slippers Socks Furry Slip on House Shoes Cozy Comfy for...**
★★★★☆ 5,074
-29% $16.99
List Price: $23.99
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon
🌱 3 sustainability features ⌄

**Scurtain Unisex Adults Rubber Sole Slippers**
★★★★☆ 10,830
$14.98
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon

**ANLUKE Slipper for Women Men Slipper Socks Fuzzy House Shoes Rubber Sole Slip On So...**
★★★★☆ 5,469
Amazon's Choice
$9.99
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon
🌱 3 sustainability features ⌄

**BARERUN Womens Mens Slippers Diabetic House Slippers for Women Men Wide Indoor Slip on Barefoot Adjustable...**
★★★★☆ 452
-33% $15.99
List: $23.99
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon

**Ibeauti Women Mens House Slippers Lightweight Comfy Barefoot Slipper Socks Rubber Sole House Sho...**
★★★★☆ 2,977
$22.99
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon

**Fires Womens Mens Slippers with Rubber Sole Soft-Lightweight House Slipper Socks Around House Shoes Non Slip Indoor/Outdoor**
★★★★☆ 8,396
$18.39

**Scurtain House Slippers for Women Men Indoor Barefoot Slippers Socks Comfy Slip on House Shoes Cozy Furry...**
★★★★☆ 1,866
$15.74
Get it as soon as **Tuesday, Jun 16**
FREE Shipping on orders over $35 shipped by Amazon

## Your Browsing History  View or edit your browsing history

        

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates &

About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

**amazon**

English     United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

Microsoft® Windows® Operating System
2126.5100.0.0

Microsoft Windows 11 Enterprise 25H2 (64-bit Build 26200)
6/11/2026 4:18:16 PM

https://www.amazon.com/dp/B0GVGQFHJF








Click to see full view

## Magnetic Nasal Tab Refills - Transparent - (30 Uses) - Improve Breathing, Sleep Aid and Reduce Snoring - Extra Sweat and Water Resistance - for All Skin Tones

Brand: Generic

Search this page

### Currently unavailable.
We don't know when or if this item will be back in stock.

- **SKIN-FRIENDLY -** Our tabs are manufactured to have a reliant adhesive while being skin friendly and prevent irritation.
- **FOR ALL SKIN TONES -** Made with an upgraded transparent material that adapts to all skin tones, delivering a smoother, more natural appearance that stays discreet throughout everyday wear. No more mismatched skin tone tabs.
- **SIMPLE APPLICATION -** Clean skin then wait to dry. Press one tab on each side of your nose then apply your favorite nasal strip.
- **PREMIUM MATERIALS -** Our tabs are made with medical-grade, latex free materials. Our three layer structure provides dependable comfort for any occasion.
- **30 DAY SUPPLY -** Enjoy a month's supply of our premium tab refills. Each pack contains 30 pairs (60 individual stickers). Better breathing starts here.

⚐ Report an issue with this product or seller



**Sprite Zero** Sprite® Chill Zero Sugar Cherry Lime Natural Flavor Soda Soft Drink Cans, 12 fl oz, 12 Pack
$11⁹⁹ ✓prime

Sponsored ⓘ

**Currently unavailable.**
We don't know when or if this item will be back in stock.

⊙ Delivering to Fitchburg 53711 - Update location

Add to Auto Buy

Add to List




Sprite® Chill Zero Sugar Cherry Li...
★★★★½ 592
$11⁹⁹ ✓prime

Sponsored ⓘ







**Transparent Adhesive**
For any skin tone

**Skin-Friendly**
Medical-grade &
latex-free

**Sweat-Resistant**
Workout-safe

Click to see full view

## Magnetic Nasal Tab Refills - Transparent - (30 Uses) - Improve Breathing, Sleep Aid and Reduce Snoring - Extra Sweat and Water Resistance - for All Skin Tones

Brand: Generic

Search this page

___

### Currently unavailable.
We don't know when or if this item will be back in stock.

- SKIN-FRIENDLY - Our tabs are manufactured to have a reliant adhesive while being skin friendly and prevent irritation.
- FOR ALL SKIN TONES - Made with an upgraded transparent material that adapts to all skin tones, delivering a smoother, more natural appearance that stays discreet throughout everyday wear. No more mismatched skin tone tabs.
- SIMPLE APPLICATION - Clean skin then wait to dry. Press one tab on each side of your nose then apply your favorite nasal strip.
- PREMIUM MATERIALS - Our tabs are made with medical-grade, latex free materials. Our three layer structure provides dependable comfort for any occasion.
- 30 DAY SUPPLY - Enjoy a month's supply of our premium tab refills. Each pack contains 30 pairs (60 individual stickers). Better breathing starts here.

⚑ Report an issue with this product or seller



**Sprite Zero** Sprite® Chill Zero Sugar Cherry Lime Natural Flavor Soda Soft Drink Cans, 12 fl oz, 12 Pack
$11⁹⁹ ✓prime

Sponsored ⓘ

**Currently unavailable.**
We don't know when or if this item will be back in stock.
⦿ Delivering to Fitchburg 53711 - Update location

Add to Auto Buy

Add to List



Sprite® Chill Zero Sugar Cherry Li...
★★★★½ 592
$11⁹⁹ ✓prime

Sponsored ⓘ








**30 Pairs**

Click to see full view

## Magnetic Nasal Tab Refills - Transparent - (30 Uses) - Improve Breathing, Sleep Aid and Reduce Snoring - Extra Sweat and Water Resistance - for All Skin Tones

Brand: Generic

Search this page

---

### Currently unavailable.
We don't know when or if this item will be back in stock.

- **SKIN-FRIENDLY** - Our tabs are manufactured to have a reliant adhesive while being skin friendly and prevent irritation.
- **FOR ALL SKIN TONES** - Made with an upgraded transparent material that adapts to all skin tones, delivering a smoother, more natural appearance that stays discreet throughout everyday wear. No more mismatched skin tone tabs.
- **SIMPLE APPLICATION** - Clean skin then wait to dry. Press one tab on each side of your nose then apply your favorite nasal strip.
- **PREMIUM MATERIALS** - Our tabs are made with medical-grade, latex free materials. Our three layer structure provides dependable comfort for any occasion.
- **30 DAY SUPPLY** - Enjoy a month's supply of our premium tab refills. Each pack contains 30 pairs (60 individual stickers). Better breathing starts here.

⚑ Report an issue with this product or seller



**Sprite Zero** Sprite® Chill Zero Sugar Cherry Lime Natural Flavor Soda Soft Drink Cans, 12 fl oz, 12 Pack
$11⁹⁹ ✓prime

Sponsored ⓘ

**Currently unavailable.**
We don't know when or if this item will be back in stock.

◉ Delivering to Fitchburg 53711 - Update location

Add to Auto Buy

Add to List




Sprite® Chill Zero Sugar Cherry Li...
★★★★½ 592
$11⁹⁹ ✓prime

Sponsored ⓘ