# EXHIBIT 3

| US Patent No. 9,510,969 B2 | Infringing Products |
|---|---|
| 1. A disposable apparatus attachable to a nose of a wearer and configured for use with a magnet positioned adjacent to the nose of the wearer, the disposable apparatus comprising: |  |

| US Patent No. 9,510,969 B2 | Infringing Products |
|---|---|
| |  |

| US Patent No. 9,510,969 B2 | Infringing Products |
|---|---|
| a flexible base layer including a first surface and an opposing second surface, |  |

| US Patent No. 9,510,969 B2 | Infringing Products |
|---|---|
|  |  |

| US Patent No. 9,510,969 B2 | Infringing Products |
|---|---|
| |  |

| US Patent No. 9,510,969 B2 | Infringing Products |
|---|---|
| the <span style="color:red">first surface having an adhesive disposed</span> thereon to enable the <span style="color:red">first surface to be selectively attachable to the nose of the wearer</span>; |  |

| US Patent No. 9,510,969 B2 | Infringing Products |
|---|---|
|  |  |

| US Patent No. 9,510,969 B2 | Infringing Products |
|---|---|
| |  |
| a metallic element coupled to the second surface of the base layer and being configured to interact with the magnet when the magnet is positioned adjacent the nose of the wearer and the flexible base layer is attached to nose of the wearer, | |

| US Patent No. 9,510,969 B2 | Infringing Products |
| --- | --- |
| |  |

| US Patent No. 9,510,969 B2 | Infringing Products |
| --- | --- |
| |  |
| the interaction between the metallic element and the magnet imparting a dilating force on the nose of the wearer causing the nose of the wearer to dilate; and | |

| US Patent No. 9,510,969 B2 | Infringing Products |
|---|---|
| |  |
| an outer layer coupled to the base layer and extending over the metallic element to at least partially cover the metallic element; | |

| US Patent No. 9,510,969 B2 | Infringing Products |
|---|---|
| |  |

| US Patent No. 9,510,969 B2 | Infringing Products |
|---|---|
| at least a portion of the flexible base layer extending radially outward beyond the metallic element to define a flexible peripheral portion; |  |

| US Patent No. 9,510,969 B2 | Infringing Products |
|---|---|
| |  |
| the metallic element being configured to allow for movement of the magnet relative to the metallic element when the magnet is magnetically engaged with the metallic element; | |

14

| US Patent No. 9,510,969 B2 | Infringing Products |
| --- | --- |
| |  |

Case 2:26-cv-02347-EFM-RES    Document 1-3    Filed 06/15/26    Page 17 of 18

| US Patent No. 9,510,969 B2 | Infringing Products |
|---|---|
|  | Magnet coupled to metallic element in a moved second<br><br>Magnet coupled to metallic element in a moved third position |
| the disposable apparatus, while being attached to the nose of the wearer, being selectively transitional between an active state and an inactive state, | *See* image below. |
| in the active state, the metallic element magnetically interacts with the magnet to impart the dilating force on the nose of the wearer, | Metallic element interacting with magnet<br><br>Dilating force |

16

| US Patent No. 9,510,969 B2 | Infringing Products |
|---|---|
|  |  |
| in the inactive state, the metallic element is magnetically decoupled from the magnet to cease imparting of the dilating force on the nose of the wearer. |  |

17